AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Victor Hugo ALONZO-Raymundo<br><br>*Defendant(s)* | Case No: 23-1791 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>December 24, 2023</u> in the county of <u>Dona Ana</u> in the State and District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. <u>§1326(a)(1),(2)(Re-Entry After Deport)</u>, an offense described as follows:

an alien, who had been previously arrested and deported from the United States and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On December 24, 2023, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Guatemala without authorization to enter or remain in the United States. Record checks revealed that the Defendant had been previously deported to Guatemala via Alexandria, Louisiana on or about June 08, 2023. There is no evidence that the Defendant received permission from the appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

David Kraft, Agent
*Printed name and title*

Sworn to before me and signed in my presence.
— by telephone.

Date: December 26, 2023

City and state: Las Cruces, N.M.

*Judge's signature*

JERRY H. RITTER
U.S. MAGISTRATE JUDGE
*Printed name and title*