FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAR 21 2024

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
    Plaintiff, ) CRIMINAL NO. 24-356 KG
)
vs. ) 8 U.S.C. §§ 1326(a) and (b):
) Re-entry of a Removed Alien.
**VICTOR HUGO ALONZO-** )
**RAYMUNDO,** )
)
    Defendant.

INFORMATION

The United States Attorney charges:

On or about December 24, 2023, the defendant, **VICTOR HUGO ALONZO-RAYMUNDO**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about June 8, 2023, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

ALEXANDER M.M. UBALLEZ
United States Attorney

J. KIRK WILLIAMS
Assistant United States Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304