IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-356 KG |
| vs. | ) |
| **VICTOR HUGO ALONZO-RAYMUNDO**, | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

**VICTOR HUGO ALONZO-RAYMUNDO**, the above-named defendant, who is accused of violating 8 U.S.C. §§ 1326(a) and (b), a felony, that being Re-entry of a Removed Alien, and being advised of the nature of the charge, the Information, and of defendant's rights, hereby waives in open court prosecution by Indictment and consents to proceeding by Information rather than by Indictment.

_____
VICTOR HUGO ALONZO-RAYMUNDO
Defendant

_____
IMTIAZ HOSSAIN
Attorney for Defendant

Date: 3/21/2024