*Rev. August 29, 2022*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 24-356 KG | UNITED STATES vs. ALONZO-RAYMUNDO |
|---|---|

### Before The Honorable Jerry H. Ritter, United States Magistrate Judge

| Hearing Date: | 3/21/24 | Time In and Out: | 1:32-1:45 PM - (13 MIN) |
|---|---|---|---|
| Clerk: | R Helmick | Digital Recording: | LC-Sierra Blanca |
| Defendant: | VICTOR HUGO ALONZO-RAYMUNDO | Defendant's Counsel: | IMTIAZ HOSSAIN |

| AUSA: | KIRK WILLIAMS | Interpreter: | A. Hernandez | ☐ Sworn |
|---|---|---|---|---|
| | | | | ☐ Waived |

| | | |
|---|---|---|
| ☒ | Defendant Sworn | ☐ First Appearance |
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. | |
| ☒ | Deft acknowledges receipt of: **Information** | |
| ☒ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | |
| ☒ | Terms and conditions of proposed plea agreement explained. | ☒ Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. | |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. | |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). | |
| ☒ | Deft pleads GUILTY to: **Information** | |
| ☒ | Allocution by Deft on elements of charge(s). | |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | |
| ☒ | Deft adjudged guilty. | |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. | |
| ☒ | Sentencing Date: **to be notified** | |
| ☒ | Defendant to Remain in Custody | |
| ☐ | Present conditions of release continued | ☐ Conditions changed to: |
| ☐ | Penalty for failure to appear explained | |
| ☒ | Presentence Report Ordered | ☒ Expedited (Type III) |
| | Other Matters: | |