## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **24-356KG** | USA vs.: | **ALONZO-RAYMUNDO** |
| Date: | **5/15/2024** | Name of Deft: | **VICTOR HUGO ALONZO-RAYMUNDO** |

| Before the Honorable: | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** |
|---|---|

| | | | |
|---|---|---|---|
| Time In/Out: | **10:02-10:08 AM** | Total Time in Court **(for JS10):** | **6 MINUTES** |
| Clerk: | **ANNETTE NANEZ** | Court Reporter: | **FATIMA SANCHEZ** |
| AUSA: | **AARON JORDAN** | Defendant's Counsel: | **IMTIAZ HOSSAIN** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **ENITH VALDES** |
| Probation Officer: | **CESAR ROSILES** | Sworn? | X Yes / No |

| Convicted on: | X Plea | Verdict | As to: | X Information | Indictment |
|---|---|---|---|---|---|
| If Plea: | X Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X Accepted | Not Accepted | No Plea Agreement | Comments: | |

| Date of Plea/Verdict: | **3/21/2024** | PSR: | X Not Disputed | Disputed |
|---|---|---|---|---|
| PSR: | X | Court Adopts PSR Findings | Evidentiary Hearing: | X Not Needed / Needed |

Exceptions to PSR:

| SENTENCE IMPOSED | Imprisonment (BOP): | **144 DAYS OR TIME SERVE, WHICHEVER IS LESS** |
|---|---|---|

| Supervised Release: | **2 YEARS UNSUPERVISED** | Probation: | |
|---|---|---|---|

| | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |
|---|---|---|---|
| X | Court recommends ICE begin removal proceedings immediately or during service of sentence | | ICE not applicable |

## SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | No re-entry without legal authorization | Home confinement for | months ___ days |
| | Comply with ICE laws and regulations | Community service for | months ___ days |
| | Participate in/successfully complete subst abuse program/testing up to a maximum of 60 tests per year. | Reside halfway house | months ___ days |
| | Participate in a mental health treatment program/and take all mental health medications prescribed | Register as sex offender | |
| | Refrain from use/possession of alcohol testing up to a maximum of 4 tests per day. | Participate in sex offender treatment program | |
| | Submit to search of person/property | Participate in an educational or vocational program | |
| | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | No computer with access to online services | |
| | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia | |
| | Provide financial information | No volunteering where children supervised | |
| | Grant limited waiver of confidentiality | Restricted from occupation with access to children | |

**OTHER:**

| Fine: | $ | | Restitution: | $ | |
|---|---|---|---|---|---|
| SPA: | $ | **WAIVED**   ($100) as to each Count | Payment Schedule: | Due Imm. | X Waived |

OTHER:

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |

OTHER COMMENTS: